# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

CHRISTIAAN THEODORE JUNNE, SR.,   :   CHAPTER 13

    Debtor.   :   CASE NO.: 17-66597-LRC

## COVER SHEET FOR AMENDMENT TO SCHEDULE J

Schedule J has been amended to reflect current household expenses.

Also included with this amendment are the Amended Summary of Schedules, Amended Statistical Summary and Declaration of Schedules.

DATE: April 23, 2018

\_\_\_\_\_/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339
Tel: (404)800-4001

Fill in this information to identify your case:

Debtor 1: Christiaan Theodore Junne Sr
    First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Georgia
(State)

Case number: 17-66597
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

    ☒ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**    ☒ No
    Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..........................
    Do not state the dependents' names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.  $ 450.00

    If not included in line 4:

    4a. Real estate taxes    4a.  $ 0.00
    4b. Property, homeowner's, or renter's insurance    4b.  $ 0.00
    4c. Home maintenance, repair, and upkeep expenses    4c.  $ 0.00
    4d. Homeowner's association or condominium dues    4d.  $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1  Christiaan Theodore Junne Sr
         First Name   Middle Name   Last Name

Case number (if known) 17-66597

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans    5.  $ 0.00

6. **Utilities:**
   6a. Electricity, heat, natural gas    6a.  $ 0.00
   6b. Water, sewer, garbage collection    6b.  $ 0.00
   6c. Telephone, cell phone, Internet, satellite, and cable services    6c.  $ 176.00
   6d. Other. Specify: _____    6d.  $ 0.00

7. **Food and housekeeping supplies**    7.  $ 386.00

8. **Childcare and children's education costs**    8.  $ 0.00

9. **Clothing, laundry, and dry cleaning**    9.  $ 100.00

10. **Personal care products and services**    10.  $ 50.00

11. **Medical and dental expenses**    11.  $ 75.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12.  $ 70.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.  $ 0.00

14. **Charitable contributions and religious donations**    14.  $ 0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance    15a.  $ 0.00
    15b. Health insurance    15b.  $ 0.00
    15c. Vehicle insurance    15c.  $ 163.00
    15d. Other insurance. Specify: _____    15d.  $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16.  $ 0.00

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1    17a.  $ 0.00
    17b. Car payments for Vehicle 2    17b.  $ 0.00
    17c. Other. Specify: _____    17c.  $ 0.00
    17d. Other. Specify: _____    17d.  $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.  $ 0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19.  $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a. Mortgages on other property    20a.  $ 0.00
    20b. Real estate taxes    20b.  $ 0.00
    20c. Property, homeowner's, or renter's insurance    20c.  $ 0.00
    20d. Maintenance, repair, and upkeep expenses    20d.  $ 0.00
    20e. Homeowner's association or condominium dues    20e.  $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 2

| Debtor 1 | Christiaan Theodore Junne Sr | Case number (if known) | 17-66597 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

21. **Other.** Specify:_____ 21. +$ _____0.00
   _____ +$ _____
   _____ +$ _____

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.  22a. $ _____1,470.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a  22b. $ _____

   and 22b. The result is your monthly expenses.  22c. $ _____1,470.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.  23a. $ _____1,970.24

   23b. Copy your monthly expenses from line 22c above.  23b. −$ _____1,470.00

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income*.  23c. $ _____500.24

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.  Explain here:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Christiaan Theodore Junne Sr |
| | First Name         Middle Name         Last Name |
| Debtor 2 (Spouse, if filing) | First Name         Middle Name         Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | 17-66597 |

☒ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................... $ 0.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*........................................ $ 11,950.00

   1c. Copy line 63, Total of all property on *Schedule A/B*.................................................. $ 11,950.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 18,038.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................... $ 580.13

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................... + $ 45,805.00

   **Your total liabilities** $ 64,423.13

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ........................................................ $ 1,970.24

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ................................................................... $ 1,470.00

Debtor 1 ___Christiaan Theodore Junne Sr___      Case number *(if known)* __17-66597__
        First Name    Middle Name    Last Name

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ __2,166.49__

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

**Total claim**

From Part 4 on *Schedule E/F*, copy the following:

| | |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 580.13 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 580.13 |

Official Form 106Sum      **Summary of Your Assets and Liabilities and Certain Statistical Information**      page 2 of 2

**Fill in this information to identify your case:**

Debtor 1  Christiaan Theodore Junne Sr
_First Name_  _Middle Name_  _Last Name_

Debtor 2
(Spouse, if filing) _First Name_  _Middle Name_  _Last Name_

United States Bankruptcy Court for the Northern District of Georgia

Case number  17-66597
(If known)

☒ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Christiaan Theodore Junne Sr        ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date  04/23/2018                              Date _____
     MM / DD / YYYY                                MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

CHRISTIAAN THEODORE JUNNE, SR.,  :    CHAPTER 13
:
    Debtor.   :    CASE NO.: 17-66597-LRC
:

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Amended Schedule J, Amended Summary of Schedules, Amended Statistical Summary and Amended Declaration of Debtor's Schedules in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Melissa J. Davey (served via ECF)
Chapter 13 Trustee
260 Peachtree Street, N.E.
Suite 200
Atlanta, GA 30303

Christian Theodore Junne, Sr.
1425 Riverwalk Ln, Apt. E
Atlanta, GA 30349

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATE: April 23, 2018

    /s/
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339
Tel: (404)800-4001

```
Label Matrix for local noticing          Afni, Inc.                               Atlantic County Prob
113E-1                                   Po Box 3097                              Po Box 5129
Case 17-66597-lrc                        Bloomington, IL 61702-3097               Atlantic City, NJ 08404-5129
Northern District of Georgia
Atlanta
Mon Apr 23 10:50:11 EDT 2018

Atlantic County Probation                Bureaus Investment Group Portfolio No 15 LLC   (p)CAPITAL ONE
1201 Bacharach Blvd                      c/o PRA Receivables Management, LLC            PO BOX 30285
Atlantic City, NJ 08401-4510             PO Box 41021                                   SALT LAKE CITY UT 84130-0285
                                         Norfolk VA 23541-1021


Melissa J. Davey                         (p)DISCOVER FINANCIAL SERVICES LLC       Discover Bank
Melissa J. Davey, Standing Ch 13 Trustee PO BOX 3025                              Discover Products Inc
Suite 200                                NEW ALBANY OH 43054-3025                 PO Box 3025
260 Peachtree Street, NW                                                          New Albany, OH 43054-3025
Atlanta, GA 30303-1236


(p)GEORGIA DEPARTMENT OF REVENUE         Internal Revenue Service                 Christiaan Theodore Junne Sr
COMPLIANCE DIVISION                      401 West Peachtree Street, NW            1425 Riverwalk Lane Apt E
ARCS BANKRUPTCY                          Syop 344-D room 400                      Atlanta, GA 30349-5682
1800 CENTURY BLVD NE SUITE 9100          Atlanta, GA 30308
ATLANTA GA 30345-3202


Maryland Department of Taxation          Midland Funding                          Midland Funding, LLC
301 W. Preston St.,                      8875 Aero Dr Ste 200                     Midland Credit Management, Inc. as
Baltimore, MD 21201-2305                 San Diego, CA 92123-2255                 agent for Midland Funding, LLC
                                                                                  PO Box 2011
                                                                                  WARREN, MI 48090-2011


NJ Department of Taxation                PA Department of Revenue                 PRA Receivables Management, LLC
P.O. Box 245                             15 W 3rd St,                             PO Box 41021
Trenton, NJ 08695-0245                   Greensburg, PA 15601-3097                Norfolk, VA 23541-1021



Pleasantville Municipal Court            (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Howard P. Slomka
17 N 1st St,                             PO BOX 41067                             Slipakoff & Slomka, PC
Pleasantville, NJ 08232-2644             NORFOLK VA 23541-1067                    Overlook III - Suite 1700
                                                                                  2859 Paces Ferry Rd, SE
                                                                                  Atlanta, GA 30339-6213


(p)TD BANKNORTH NA                       The Bureaus                              The Bureaus, Inc.
70 GRAY ROAD                             650 Dundee Road Suite 370                c/o PRA Receivables Management, LLC
FALMOUTH ME 04105-2299                   Northbrook, IL 60062-2757                PO Box 41021
                                                                                  Norfolk, VA 23541-1021


Toyota Motor Credit Corporation          Toyota Mtr                               U. S. Attorney
PO Box 9013                              Two Walnut Groove Dr #210                600 Richard B. Russell Bldg.
Addison, Texas 75001-9013                Horsham, PA 19044-7704                   75 Ted Turner Drive, SW
                                                                                  Atlanta GA 30303-3315


US DEPT OF EDUCATION                     Usd/Glelsi
CLAIMS FILING UNIT                       Po Box 7860
PO BOX 8973                              Madison, WI 53707-7860
MADISON, WI 53708-8973
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85015<br>Richmond, VA 23285-5075 | Discover<br>Po Box15316, Att:Cms/Prod Develop<br>Wilmington, DE 19850-5316 | Georgia Department of Revenue<br>Po Box 740321<br>Atlanta, GA 30374 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | TD Bank<br>1701 Marlton Pike E,<br>Cherry Hill, NJ 08034 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     0<br>Total                  28 |